No. 26-3278

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

**JACK GERRITSEN, *et al.*,**
Plaintiffs and Appellants,
v.

**CITY OF LOS ANGELES, *et al.*,**
Defendants and Appellees.

_____

Appeal from the United States District Court
for the Central District of California
Case No. 2:25-cv-08760
The Hon. R. Gary Klausner

_____

**MOTION FOR 30-DAY EXTENSION TO FILE ANSWERING BRIEF**
_____

**HYDEE FELDSTEIN SOTO,** City Attorney (SBN 106866)
**DENISE C. MILLS,** Chief Deputy City Attorney (SBN 191992)
**KATHLEEN A. KENEALY,** Chief Assistant City Attorney (SBN 212289)
**SHAUN DABBY JACOBS,** Supervising Asst. City Attorney (SBN 185073)
**EDWARD HAN,** Deputy City Attorney (SBN 289390)
City Hall, 200 North Spring Street, 14th Floor, Los Angeles, CA 90012
(213) 978-2217 | edward.han@lacity.org

*Attorneys for Defendants and Appellees*
CITY OF LOS ANGELES AND DOMENIKA LYNCH

1

Pursuant to the Federal Rules of Appellate Procedure, Circuit Rule 31-2.2, Defendants and Appellees City of Los Angeles and Domenika Lynch (collectively, the "City") hereby move this Court for an extension of 30 days to file its Answering Brief, from the current due date of July 17, 2026, up to and including August 17, 2026. This is the City's first request for an extension.

This motion is based on the showing of good cause in the Declaration of Edward Han, attached hereto.

Dated:  June 26, 2026

> HYDEE FELDSTEIN SOTO, City Attorney
> KATHLEEN A. KENEALY, Chief Assistant City Attorney
> EDWARD HAN, Deputy City Attorney
>
> By:  */s/  Edward Han*
>     **EDWARD HAN**
>     Deputy City Attorney
>
> Attorneys for Defendants and Appellees
> City of Los Angeles and Domenika Lynch

2

## DECLARATION OF EDWARD HAN

I, Edward Han, declare as follows:

1. I am an attorney at law, duly licensed to practice before all of the Courts in the State of California. I am counsel of record in this matter for Defendants and Appellees City of Los Angeles and Domenika Lynch. The facts herein are of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. Good cause exists for the Court to grant the City's request for a 30-day extension of time to file its Answering Brief. Completion of the brief by its current due date of July 17, 2026, will be delayed due to the following reasons.

3. The City is working diligently to compile a complete record, which has not yet been designated. Counsel for the City will attempt to confer with Appellant Jack Gerritsen, who is pro se, to ensure that the record captures everything necessary for both sides.

4. Counsel for the City has a respondent's brief in *Boyd v. City of Los Angeles, et al.*, No. B342622 in the Second District Court of Appeal, due one day after the current deadline in the instant matter. That case involves a pro se appellant alleging violations of, among other things,

3

false imprisonment, and will require thorough drafting and review before filing.

5. Additionally, the City is conferring with outside counsel regarding the possible submission of an amicus brief that should assist the Court in this matter. Reviewing and assessing the merits of the brief will take additional time.

6. Further, the instant matter involves two displays, a cross and a Nativity scene, on Olvera Street in Los Angeles that allegedly endorse religion, in violation of the Establishment Clause. In his opening brief, Gerritsen concedes that the cross has been displayed on Olvera Street for decades, and the Nativity scene will not be displayed until the holiday season (i.e., November-December). In other words, the case poses no novel, grave, or impending injury.

7. This case is not criminal in nature and Gerritsen is not in custody.

8. I started as a Deputy City Attorney on April 20, 2026. I was assigned five matters in my first week and as of the submission of this motion, am on eight active matters. Earlier this week, on June 23, 2026, I filed the respondent's brief in *Edwards v. City of Los Angeles*, B338027, in the Second District Court of Appeal, which involved a three-volume record and a 39-page filing.

9. Accordingly, the City requests a 30-day extension. This is the City's first request for an extension.

10. On June 26, 2026, I called Gerritsen for his position on this extension. I left a voicemail but was unable to confer with him.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 26, 2026, at Los Angeles, California.

/s/ *Edward Han*

Edward Han

5

No. 26-3278

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

**JACK GERRITSEN,** *et al.*,
Plaintiffs and Appellants,

v.

**CITY OF LOS ANGELES,** *et al.*,
Defendants and Appellees.

_____

Appeal from the United States District Court
for the Central District of California
Case No. 2:25-cv-08760
The Hon. R. Gary Klausner

_____

## [PROPOSED] ORDER
_____

Good cause showing, IT IS ORDERED that Appellees City of Los Angeles

and Domenika Lynch shall have an extension of 30 days from the present due date

of July 16, 2026, to and including August 17, 2026, to file its Answering Brief.

6